Filed date: 2/17/2023
Presiding Judge: Mary M. Rowland
Magistrate Judge: Sheila M. Finnegan
Lead Case No. 23-cv-818 AEE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**



CV23-287-AB(KSx)

IN RE: HAIR RELAXER MARKETING, SALES
PRACTICES, AND PRODUCTS LIABILITY
LITIGATION                                           MDL No. 3060

Tamara Bryant v. LOreal USA, Inc. et al
(SEE ATTACHED SCHEDULE)



### CONDITIONAL TRANSFER ORDER (CTO −1)

On February 6, 2023, the Panel transferred 4 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2023). Since that time, no additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Rowland.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Rowland.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of February 6, 2023, and, with the consent of that court, assigned to the Honorable Mary M. Rowland.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*John W. Nichols*
John W. Nichols
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Feb 17, 2023

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ ANY AELLIS
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
February 22, 2023

IN RE: HAIR RELAXER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION   MDL No. 3060

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|---|
| | CALIFORNIA CENTRAL | | | |
| 1:23-cv-01045 | CAC | 2 | 23−00287 | Tamara Bryant v. LOreal USA, Inc. et al |
| 1:23-cv-01046 | CAC | 2 | 23−00296 | Barbara Massari v. L Oreal USA, Inc. et al |
| 1:23-cv-01047 | CAC | 2 | 23−00443 | Patrina Dean v. L Oreal USA, Inc. et al |
| 1:23-cv-01048 | CAC | 2 | 23−00476 | Chelsey L. Jones v. L Oreal USA, Inc. et al |
| | DISTRICT OF COLUMBIA | | | |
| 1:23-cv-01049 | DC | 1 | 23−00168 | MOORE v. LOREAL USA, INC. et al |
| | FLORIDA SOUTHERN | | | |
| 1:23-cv-01050 | FLS | 0 | 23−60096 | Dixon v. L'Oreal USA, Inc. et al |
| | ILLINOIS SOUTHERN | | | |
| 1:23-cv-01051 | ILS | 3 | 22−02686 | Rose et al v. Dabur International Ltd. et al |
| 1:23-cv-01052 | ILS | 3 | 22−02687 | Edwards v. Loreal USA, Inc. et al |
| | ~~ILS~~ | ~~3~~ | ~~23−00166~~ | ~~Scott v. L'Oreal USA, Inc. et al~~   Vacated 2/17/2023 |
| | LOUISIANA EASTERN | | | |
| 1:23-cv-01053 | LAE | 2 | 23−00071 | Murray v. L'Oreal USA Inc et al |
| | LOUISIANA MIDDLE | | | |
| 1:23-cv-01054 | LAM | 3 | 23−00056 | May v. L'Oreal USA, Inc. et al |
| | MARYLAND | | | |
| 1:23-cv-01055 | MD | 8 | 22−03365 | Thompson v. L'Oreal USA, Inc. et al |
| 1:23-cv-01056 | MD | 8 | 23−00257 | Baker v. Dabur International Limited et al |
| | MICHIGAN EASTERN | | | |
| 1:23-cv-01057 | MIE | 2 | 22−12784 | Burton v. L'oreal USA, Inc et al |
| 1:23-cv-01058 | MIE | 4 | 23−10039 | Freeman v. L'Oreal USA, Inc et al |
| | MISSOURI WESTERN | | | |

| | | | | |
|---|---|---|---|---|
| 1:23-cv-01059 | MOW | 4 | 23−00003 | Christal v. L'Oreal USA, Inc. et al |
| 1:23-cv-01060 | MOW | 4 | 23−00011 | Steward v. L'Oreal USA, Inc. et al |
| 1:23-cv-01061 | MOW | 4 | 23−00023 | Sigars v. L'Oreal USA, Inc. et al |
| 1:23-cv-01062 | MOW | 4 | 23−00044 | Kelly v. L'Oreal USA, Inc. et al |
| 1:23-cv-01063 | MOW | 5 | 22−06128 | Wall v. L'Oreal USA, Inc. et al |

### NEW YORK EASTERN

| | | | | |
|---|---|---|---|---|
| 1:23-cv-01047 | NYE | 1 | 22−07082 | Spencer v. Strength of Nature, LLC et al |

### NEW YORK SOUTHERN

| | | | | |
|---|---|---|---|---|
| 1:23-cv-01048 | NYS | 1 | 22−10813 | Hanson v. L'Oreal USA, Inc. et al |

### OHIO NORTHERN

| | | | | |
|---|---|---|---|---|
| 1:23-cv-01049 | OHN | 1 | 23−00048 | Smith v. L'Oreal USA, Inc., et al |

### OHIO SOUTHERN

| | | | | |
|---|---|---|---|---|
| 1:23-cv-01084 | OHS | 2 | 22−04332 | Jefferson−Beard v. L'OREAL USA, INC. et al |
| 1:23-cv-01088 | OHS | 3 | 22−00336 | Brownlee et al v. L'Oreal USA, Inc., et al. |

### PENNSYLVANIA EASTERN

| | | | | |
|---|---|---|---|---|
| 1:23-cv-01089 | PAE | 2 | 23−00236 | CRAWFORD v. L'OREAL USA, INC. et al |

### SOUTH CAROLINA

| | | | | |
|---|---|---|---|---|
| 1:23-cv-01091 | SC | 2 | 23−00259 | Gethers v. L'Oreal USA, Inc. et al |
| 1:23-cv-01093 | SC | 3 | 23−00292 | Davis v. L'Oreal USA Inc et al |
| 1:23-cv-01095 | SC | 4 | 22−04336 | Holmes v. L'oreal USA Inc et al |
| 1:23-cv-01097 | SC | 4 | 23−00261 | Johnson v. L'Oreal USA Inc et al |
| 1:23-cv-01094 | SC | 7 | 23−00257 | Bridges v. L'Oreal USA Inc et al |
| 1:23-cv-01098 | SC | 8 | 23−00260 | Grant v. L'Oreal USA Inc et al |
| 1:23-cv-01096 | SC | 8 | 23−00291 | Jones v. L'Oreal USA Inc et al |

### WASHINGTON WESTERN

| | | | | |
|---|---|---|---|---|
| 1:23-cv-01090 | WAW | 2 | 23−00082 | Ward v. L'Oreal USA Inc et al |

### WEST VIRGINIA SOUTHERN

| | | | | |
|---|---|---|---|---|
| 1:23-cv-01093 | WVS | 3 | 23−00041 | Shaw v. L'Oreal USA, Inc. et al |